PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
2014 AUG 15 AM 11:05
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 053L 2:12CR00273-009 |
| DOCKET NUMBER (Rec. Court) | 1128 1:14CR00181-001 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bryan Maillet<br>8800 Viana Street<br>Grand Bay, AL 36541 | Louisiana Eastern | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Sarah S. Vance | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/21/2013 | TO 11/20/2018 |

OFFENSE
21 U.S.C. §841(a)(1), (b)(1)(C), 846 – Conspiracy to Distribute and Possess with the Intent to Distribute a Quantity of Methamphetime

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __LOUISIANA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/15/14
Date

/s/ Sarah Vance
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __Alabama__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/6/14
Effective Date

United States District Judge

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.